PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA SINICROPI,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No. 2:21-cv-2253 DB<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary; consider all pertinent issues *de novo*, including, but not limited to, reconsidering the medical opinions and prior administrative medical findings; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner. The Commissioner will conduct any necessary further proceedings and issue a new decision.

                                                    Respectfully submitted,

Dated: May 12, 2022          */s/ Meghan O. Lambert* *
                                        (*as authorized via e-mail on 5/9/22)
                                        MEGHAN O. LAMBERT
                                        Attorneys for Plaintiff

Dated: May 12, 2022          PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON (HI 5890)
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                          By:     */s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The final decision of the Commissioner is reversed;

2. This matter is remanded for further proceedings consistent with the terms of the parties' stipulation;

3. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and

4. This case is closed.

DATED: May 13, 2022          /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE